UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER G. VALENCIA,<br><br>                    Plaintiff,<br><br>         v.<br><br>C.D.C.R., et al.,<br><br>                    Defendants. | Case No.: 1:23-cv-000831-KES-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 9) |

Plaintiff Christopher G. Valencia is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed an initial complaint on May 30, 2023.  (Doc. 1 at 3.)  On January 3, 2024, the assigned magistrate judge screened the complaint, found it failed to state a cognizable claim, and granted plaintiff leave to amend.  (Doc. 6.)  Plaintiff filed a first amended complaint ("FAC") on January 22, 2024.  (Doc. 7.)

On October 9, 2024, the magistrate judge issued findings and recommendations after having screened the FAC, recommending that this action proceed only on plaintiff's Eighth Amendment deliberate indifference to serious medical needs claim against defendants Lopez, Silva, and Vargas; First Amendment retaliation claims against defendants Lopez, Silva, and Vargas; and Eighth Amendment conditions of confinement claims against defendants Campbell

1    and Doe Hospital Director. (Doc. 9 at 13-14.) The magistrate judge recommended that "Does,
2    Moes, Roes, [and] Insurance Provider [at] Arthur Klirich Hospital" be dismissed along with any
3    remaining claims in plaintiff's FAC. (*Id*. at 14.) Those findings and recommendations were
4    served on plaintiff and contained notice that any objections thereto were to be filed within
5    fourteen (14) days after service. (*Id.* at 14.) Plaintiff filed a response on November 14, 2024,
6    indicating that he "agrees to move forward with the civil actions" as recommended. (Doc. 10 at
7    1.)

8        In accordance with the provisions of 28 U.S.C. § 636 (b)(1), this Court has conducted a de
9    novo review of the case. Having carefully reviewed the file, the Court concludes that the
10   magistrate judge's findings and recommendations are supported by the record and by proper
11   analysis.

12       Accordingly:

13       1. The findings and recommendations issued October 9, 2024 (Doc. 9) are adopted in
14          full;

15       2. This action proceeds only on plaintiff's Eighth Amendment deliberate indifference to
16          serious medical needs claim against defendants Lopez, Silva, and Vargas (claim one),
17          First Amendment retaliation claims against defendants Lopez, Silva, and Vargas
18          (claim two), and Eighth Amendment conditions of confinement claims against
19          defendants Campbell and Doe Hospital Director (claim three);

20       3. Defendants "Does, Moes, Roes, [and] Insurance Provider [at] Arthur Klirich Hospital"
21          are dismissed from this action;

22       4. Any remaining claims in plaintiff's first amended complaint are dismissed; and

23       5. This matter is referred back to the assigned magistrate judge for further proceedings.

26   IT IS SO ORDERED.

27       Dated:   May 15, 2025                       
28                                             UNITED STATES DISTRICT JUDGE