# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER GABRIEL VALENCIA,    Case No. 1:23-cv-00831-KES-SKO

      Plaintiff,

  v.

C.D.C.R., et al.,

      Defendants.

_____/

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Christopher Gabriel Valencia, CDCR # T-05563, a necessary and material witness at a telephonic pre-settlement conference in this case on March 12, 2026, is confined in California State Prison, Corcoran (COR), in the custody of the Warden.  To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Erica P. Grosjean, by telephone from his place of confinement, on **March 12, 2026, at 10:30 a.m.**

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephone conferencing, to participate in a telephonic pre-settlement conference at the time and place above, until completion of the telephonic pre-settlement conference or as ordered by the court. The telephone number and access code information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at California State Prison, Corcoran at (559) 992-7372 or via email.

4. Any difficulties connecting to the telephonic pre-settlement conference shall immediately be reported to Felicia Navarro, Courtroom Deputy, at fnavarro@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, COR, P. O. Box 8800, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Grosjean at the time and place above, by telephone, until completion of the telephonic pre-settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **February 4, 2026**                    /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

