# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GABRIEL VALENCIA,<br><br>Plaintiff,<br><br>v.<br><br>TAMMY CAMPBELL, *et al.,*<br><br>Defendant. | Case No. 1:23-cv-0831 KES SKO<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 40) |

The Court conducted a settlement conference in this action on June 3, 2026, at which the parties reached a settlement agreement. The parties will prepare a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:  **June 3, 2026**        /s/ *Barbara A. McAuliffe*
        UNITED STATES MAGISTRATE JUDGE

1