UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GABRIEL VALENCIA, | Case No.: 1:23-cv-00831-KES-EGC (PC) |
| Plaintiff, | **ORDER RE JOINT STIPULATION TO VOLUNTARILY DISMISS DEFENDANT BICK** |
| v. | |
| C.D.C.R., et al., | (Doc. 50) |
| Defendants. | |

On June 4, 2026, the parties filed a Joint Stipulation to Voluntarily Dismiss Defendant Bick. (Doc. 50.) The stipulation is signed and dated by Plaintiff Christopher G. Valencia and by Blake J. Bengier, counsel for Defendant Bick. (*Id.*) It indicates that the parties stipulate to a dismissal of Defendant Bick with prejudice as "Bick was incorrectly identified as Doe Hospital Director." (*Id.*)

Accordingly, this action is dismissed with prejudice as to Defendant Bick. Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:  **June 8, 2026**

_____

UNITED STATES MAGISTRATE JUDGE