UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GABRIEL VALENCIA, | Case No.: 1:23-cv-00831-KES-EGC (PC) |
| Plaintiff, | **ORDER RE STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| C.D.C.R., et al., | (Doc. 51) |
| Defendants. | |

On June 4, 2026, the parties filed a Stipulation to Voluntary Dismissal with Prejudice. (Doc. 51.) The stipulation is signed and dated by Plaintiff Christopher G. Valencia and by Blake J. Bengier, counsel for Defendants T. Campbell, T. Vargas, L. Silva, V. Lopez and J. Bick. (*Id*.) It indicates that the parties stipulate to a dismissal of this action with prejudice and each party is to bear its own litigation costs and attorney's fees. (*Id.*)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **June 8, 2026**                          _____
                                                         UNITED STATES MAGISTRATE JUDGE